### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**LEON BURGESS**                                                                      **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO.1:05CV680 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                            **DEFENDANT**

### ORDER DENYING MOTIONS AS MOOT

The parties have informed the Court that this case has been compromised and settled.  The motions [53] [71] pending at the time of the settlement are now moot.

Accordingly, it is

**ORDERED**

That the motion [53] of State Farm Fire and Casualty Company in Limine to Prevent Introduction of the Report and Testimony of Plaintiff's Expert Michael R. Costelli is hereby **DENIED AS MOOT**; and

That the motion [71] of State Farm Fire and Casualty Company for Summary Judgment is hereby **DENIED AS MOOT**;

**SO ORDERED** this 6th day of February, 2007.

*s/L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge